**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,** a Delaware corporation, 915 Meeting St., Suite 600 North Bethesda, MD 20852 | : : : : : |
| Plaintiff, | : : |
| v. | :   Case No.: _____ |
| **BLF HOSPITALITY, INC.,** a North Carolina corporation, 501 S. Regional Road Greensboro, NC 27409 SERVE: Bhanuben Naik, President 100 Saddlebrook Ct. Cherry Hill, NJ 08003 | : : : : : : : : |
| and | : : |
| **BHANUBEN NAIK, individually** 100 Saddlebrook Ct. Cherry Hill, NJ 08003 | : : : : |
| Defendants. | : |

**COMPLAINT FOR CONFESSED JUDGMENT**

Plaintiff Choice Hotels International, Inc. ("Choice"), by and through its attorney, Kristen K. Bugel, Esq., sues and confesses judgment against Defendants BLF Hospitality, Inc., and Bhanuben Naik ("Defendants"), and as grounds for its action states as follows:

1.   This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1), this being an action between citizens of different states and the amount in controversy being in excess of $75,000.00, exclusive of interest and costs. The Court has jurisdiction over Defendants pursuant to 28 U.S.C. §1332(a)(1) and Ann. Code Md., C.J., §6-103(b)(1), Defendants having

transacted business in Maryland with Choice.  Venue is proper in the District of Maryland pursuant to 28 U.S.C. §1391(b).

2. Choice is incorporated in the State of Delaware and has its principal place of business at 915 Meeting St., Suite 600, North Bethesda, MD 20852.

3. Upon information, knowledge, and belief, Defendant BLF Hospitality, Inc. is a corporation organized under the law of the State of North Carolina.  Upon information, knowledge, and belief, Defendant BLF Hospitality, Inc. is wholly owned by Defendant Bhanuben Naik.

4. Upon information, knowledge, and belief, Defendant Bhanuben Naik is an individual who at all times relevant to these proceedings was, and currently is, a citizen of New Jersey.  Upon information, knowledge, and belief, Defendant Bhanuben Naik is neither employed in nor resides in Maryland.

5. On or about December 31, 2024, Choice and Defendants entered into a Settlement and Release Agreement (the "Settlement Agreement") in connection with monies owed to Choice by Defendants pursuant to a franchise agreement between Choice and Defendant BLF Hospitality, Inc., and a guaranty of that agreement executed by Defendant Bhanuben Naik.  A copy of the Settlement Agreement is attached as Exhibit A.

6. Defendants also executed a promissory note in the principal amount of $303,354.75 as part of the Settlement Agreement (the "Note").  A copy of the Note is attached as Exhibit B.

7. Under the terms of the Settlement Agreement and the Note, if Defendants a) made payment to Choice in the amount of $190,000.00 in strict accordance with the installment plan, b) executed a new franchise agreement (the "New Agreement") for the operation of a hotel at the

same location (the "New Hotel"), and c) thereafter began renting sleeping rooms to the public at the New Hotel in accordance with the terms of the New Agreement, then the Note would be marked "paid" and returned to Defendants.

8. Defendants failed to make any payments to Choice under the installment plan set forth in the Settlement Agreement, and are therefore in breach of the Settlement Agreement and Note.

9. Pursuant to the Note, in the event of a default under the Note, the principal amount of the Note would immediately be due and payable, along with interest on that amount at an annual rate of 10% from default until paid in full.

10. The Note executed by Defendants provided that, in the event interest or principal were not paid when due, authority was given to an attorney-at-law to appear on behalf of Defendants in any court and waive the issuance and service of process, and to further confess a judgment against them in favor of Choice for such amount as may be unpaid, and to further release all errors and waive all rights of appeal.

11. There remains due and owing to Choice on the Note the principal unpaid balance of Three Hundred Three Thousand Three Hundred Fifty-Four Dollars and 75/100 ($303,354.75), plus interest at the rate of 10% per annum from December 31, 2024, through January 31, 2026, in the amount of Thirty-Three Thousand Four Hundred Fifty-Three Dollars and 29/100 ($33,453.29), plus additional interest at the rate of 10% per annum from February 1, 2026, until paid.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. GRANT Plaintiff's Complaint for Confessed Judgment against Defendants BLF Hospitality, Inc. and Bhanuben Naik.

B. Enter a JUDGMENT BY CONFESSION against Defendants in the amount of Three Hundred Thirty-Six Thousand Eight Hundred Eight Dollars and 04/100 ($336,808.04), comprising outstanding principal in the amount of $303,354.75, and interest accrued through January 31, 2026, in the amount of $33,453.29,

C. GRANT Plaintiff an award as and for continuing interest at the rate of 10% per annum from February 1, 2026, until all amounts are paid,

D. GRANT Plaintiff court costs in the amount of Four Hundred Five Dollars ($405.00), and

E. GRANT Plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

/s/
Kristen K. Bugel, Esq.
915 Meeting St., Suite 600
North Bethesda, MD 20852
301-592-5191
kristen.bugel@choicehotels.com

Attorney for Plaintiff
Choice Hotels International, Inc.